FOIA Summo ﬤ
1/13

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA



Freedom of the Press Foundation

_____
*Plaintiff*

v.

Office of Management and Budget

_____
*Defendant*

)
)
)
)
)
)
)
)
)

Civil Action No. 26-cv-00969

## SUMMONS IN A CIVIL ACTION

To:     *(Defendant's name and address)* United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger McCall
Free Information Group, PLLC
1100 13th St. NW, Ste. 800
Washington, DC 20005
(202) 946-3642

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:  03/24/2026
_____

/s/ Hannah Norton
_____
*Signature of Clerk or Deputy Clerk*

FOIA Summons
1/13



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Freedom of the Press Foundation

_____  )
                  *Plaintiff*               )

                      )

      v.                     )      Civil Action No. 26-cv-00969

                      )

_____  )
                *Defendant*          )

## SUMMONS IN A CIVIL ACTION

To:     *(Defendant's name and address)* United States Attorney General
                                    U.S. Department of Justice
                                    950 Pennsylvania Avenue NW
                                    Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Ginger McCall
                          Free Information Group, PLLC
                          1100 13th St. NW, Ste. 800
                          Washington, DC 20005
                          (202) 946-3642

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT



Date: 03/24/2026

/s/ Hannah Norton
_____
*Signature of Clerk or Deputy Clerk*

CLEAR FORM

FOIA Summo s
1/13

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA



CLEAR FORM

|  |  |
|---|---|
| _____ )<br>*Plaintiff* )<br> )<br>v. )<br> )<br>Office of Management and Budget )<br>_____ )<br>*Defendant* ) | Civil Action No. 26-cv-00969 |

## SUMMONS IN A CIVIL ACTION

To:    *(Defendant's name and address)* United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ginger McCall
Free Information Group, PLLC
1100 13th St. NW, Ste. 800
Washington, DC 20005
(202) 946-3642

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT



Date: ___03/24/2026___                        _____/s/ Hannah Norton_____
                                             *Signature of Clerk or Deputy Clerk*