UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FREEDOM OF THE PRESS FOUNDATION,

*Plaintiff*,

v.

OFFICE OF MANAGEMENT AND
BUDGET,

*Defendant*.

Civil Action No. 26-00969 (RC)

**JOINT STATUS REPORT**

Plaintiff, Freedom of the Press Foundation ("Plaintiff") and Defendant Office of Management and Budget ("OMB" or "Defendant"), by and through undersigned counsel, respectfully submit the following Joint Status Report pursuant to the Court's June 3, 2026 Minute Order.

**STATUS OF PLAINTIFF'S FOIA REQUESTS**

1.      Plaintiff submitted two FOIA requests to OMB that are the subject of this litigation. OMB received Plaintiff's first request on May 19, 2025, and assigned it tracking number 2025-1456. OMB received Plaintiff's second request on October 28, 2025, and assigned it tracking number 2026-057.

2.      Plaintiff filed its lawsuit on March 20, 2026. *See* ECF No. 1. Defendant filed its Answer on June 2, 2026. *See* ECF No. 8. Defendant raised as a defense in the Answer that the request "is improper as it fails to reasonably describe the requested records sought, is overly broad, or would be unduly burdensome to process." *Id.* at 6.

3.      On May 11, 2026, the counsel for Defendant contacted counsel for Plaintiff in an attempt to narrow the requests at issue, particularly the request seeking classified information. On June 1, 2026, Plaintiff's counsel responded by proposing to prioritize the processing of the non-classified request, to which Defendant agreed, as detailed further below in paragraph 5.

4.      Subject to, and without waiving the defense that the request fails to reasonably describe the records, Defendant reports as follows regarding the current status of the processing of the request.

5.      At this time, OMB reports it has completed a search in response to Plaintiff's two FOIA requests. Specifically, in response to Request No. 2025-1456 for "all reports submitted by agency heads in response to" Section 3(f) of Executive Order 14243 concerning classified information, OMB located 25 potentially responsive records. And, in response to Request No. 2026-057 for "all reports submitted by agency heads in response to" Section 3(b) of Executive Order 14243 concerning unclassified information, OMB located 66 potentially responsive records. The next step is for OMB to conduct a line-by-line review of each responsive record to determine whether any portion is exempt from disclosure. At Plaintiff's request, OMB will prioritize the processing of the 66 agency submissions concerning unclassified information.

6.      Defendant does not currently anticipate the need to seek a stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976), but reserves the right to file such a motion if it determines that one is warranted.  Defendant is not in a position at this time to determine whether a *Vaughn* index will be required in this case.  Although Defendant is not proposing at this time a summary judgment briefing schedule, Defendant reserves the right to request such a schedule to address the defense referenced in paragraph 2 above if the parties are not able to narrow the scope of the requests.

7.     Defendant plans to complete processing of the unclassified documents by September 25, 2026, the proposed deadline for the next status report. At that time, the parties respectfully propose that the Court set a schedule for summary judgment briefing.

Dated: June 17, 2026                                    Respectfully submitted,

                                                        JEANINE FERRIS PIRRO
                                                        United States Attorney

                                                        By:
                                                        /s/ *Samantha-Josephine Baker*
                                                        SAMANTHA JOSEPHINE BAKER
                                                        FL Bar #105714
                                                        Assistant United States Attorney
                                                        601 D Street, NW
                                                        Washington, DC 20530
                                                        (202) 252-2435
                                                        Samantha-Josephine.Baker@usdoj.gov
                                                        *Attorneys for the United States of America*


                                                        s/ *Ginger P. McCall*
                                                        Ginger McCall
                                                        DC Bar # 1001104
                                                        ginger@freeinformationgroup.com

                                                        Kevin H. Bell
                                                        DC Bar # 90015600
                                                        kevin@freeinformationgroup.com

                                                        Free Information Group, PLLC
                                                        1100 13th St. NW, Ste. 800
                                                        Washington, DC 20005
                                                        (202) 946-3642
                                                        *Attorneys for Plaintiff*

3