UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREEDOM OF THE PRESS FOUNDATION,<br>*Plaintiff*,<br>v.<br>OFFICE OF MANAGEMENT AND BUDGET,<br>*Defendant*. | Civil Action No. 26-00969 (RC) |

**JOINT STATUS REPORT**

Plaintiff, Freedom of the Press Foundation ("Plaintiff") and Defendant Office of Management and Budget ("OMB" or "Defendant"), by and through undersigned counsel, respectfully submit the following Joint Status Report pursuant to the Court's June 17, 2026 Minute Order.

**STATUS OF PLAINTIFF'S FOIA REQUESTS**

1. Plaintiff submitted two FOIA requests to OMB that are the subject of this litigation. OMB received Plaintiff's first request on May 19, 2025, and assigned it tracking number 2025-1456. OMB received Plaintiff's second request on October 28, 2025, and assigned it tracking number 2026-057.

2. Plaintiff filed its lawsuit on March 20, 2026. *See* ECF No. 1. Defendant filed its Answer on June 2, 2026. *See* ECF No. 8. Defendant raised as a defense in the Answer that the request "is improper as it fails to reasonably describe the requested records sought, is overly broad, or would be unduly burdensome to process." *Id.* at 6.

3. In the last status report filed on June 17, 2026 (ECF No. 9), OMB reported it had completed a search in response to Plaintiff's narrowed request, located 66 potentially responsive records, and the next step was for OMB to conduct a line-by-line review of each responsive record to determine whether any portion is exempt from disclosure. At Plaintiff's request, OMB prioritized the processing of the 66 agency submissions concerning unclassified information.

4. Previously, Defendant anticipated the completion of processing of the unclassified documents by September 25, 2026 but has since encountered an internal delay and estimates an additional thirty (30) days for completion. The agency will complete processing and produce any non-exempt portion of these documents on or before November 9, 2026.

5. Accordingly, the parties respectfully request that the Court defer setting a schedule for summary judgment briefing at this time, but set the first production date for November 9, 2026. Additionally, the parties shall file a status report on or before November 24, 2026, to update the Court on the status of this matter.

Dated: September 25, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:
/s/ *Samantha-Josephine Baker*

SAMANTHA JOSEPHINE BAKER
FL Bar #105714
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2435
Samantha-Josephine.Baker@usdoj.gov
*Attorneys for the United States of America*

s/ *Ginger P. McCall*________
Ginger McCall
DC Bar # 1001104
ginger@freeinformationgroup.com

Kevin H. Bell
DC Bar # 90015600
kevin@freeinformationgroup.com

Free Information Group, PLLC
1100 13th St. NW, Ste. 800
Washington, DC 20005
(202) 946-3642
*Attorneys for Plaintiff*